UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

AARON BENNETT,            )
                          )
        Petitioner,       )
                          )
v.                        )    No. 2:09-cv-287-WTL-DML
                          )
BRUCE LEMMONS,            )
                          )
        Respondent.       )

# JUDGMENT

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the petitioner take nothing by his petition for a writ of habeas corpus and this action is **dismissed with prejudice.**

Date: 02/25/2010

Laura Briggs, Clerk
United States District Court

By: Deputy Clerk

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:

Aaron Bennett
No. 136950
Putnamville Correctional Facility
1946 West U.S. 40
Greencastle, IN 46135

pamela.moran@atg.in.gov